1  Thomas J. Coleman, Jr. (SBN: 145663)
   Associate Counsel, Legal Services
2  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 W. Third Street
3  Los Angeles, California 90048
   (323) 782-4521
4  (323) 782-4806 FAX

5  Attorney for Petitioner



FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Writers Guild of America, West, Inc., | CASE NO.: CV 08 7346 SVW (JTLx) |
|---|---|
| Petitioner, | [~~PROPOSED~~] JUDGMENT |
| vs. | DATE: January 9, 2009 |
| American Black Beauty, LLC, and Steve Austin, | TIME: 1:30 p.m. |
| | CTRM: 6 |
| Respondents. | HONORABLE STEPHEN V. WILSON |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, West, Inc. came on for hearing before the Honorable Stephen V. Wilson. Respondents American Black Beauty, LLC and Steve Austin were duly served with Petitioner's Motion and Notice of Motion but failed to file a responsive pleading thereto.

The Court, having considered the pleadings and documents on file, finds that Petitioner is entitled to its Motion to Confirm the Opinion and Award and for Entry of Judgment in conformity therewith and accordingly GRANTS Petitioner's Motion as well as for its costs and attorney's fees in connection with the Motion.

1

The Court orders as follows:

IT IS HEREBY ORDERED, ADJUGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Arbitrator's Opinions and Awards signed by Christopher David Ruiz Cameron on December 20, 2006 and July 29, 2008 are confirmed in all respects.

2. Respondents American Black Beauty, LLC and Steve Austin are jointly and severally ordered to pay immediately to Petitioner Writers Guild of America, West, Inc. on behalf of Tom Benedek the principal amount of Sixteen Thousand Nine Hundred Sixty Five Dollars ($16,965.00), together with interest thereon at the rate of one and one-half percent (1.5%) from October 28, 2004 until the principal amount is paid in full

3. Respondents American Black Beauty, LLC and Steve Austin are jointly and severally ordered to pay immediately to Petitioner Writers Guild of America, West, Inc. on behalf of Tom Benedek pension and health contributions in the principal amount of Two Thousand Two Hundred Ninety and 28/100 Dollars ($2,290.28), together with interest at the rate of one percent (1%) per month from October 28, 2004 until the contributions have been paid in full.

4. Respondents American Black Beauty, LLC and Steve Austin are jointly and severally ordered to pay immediately to Petitioner Writers Guild of America, West, Inc damages in the amount of Eight Thousand Five Hundred Dollars ($8,500).

5. Respondents American Black Beauty, LLC and Steve Austin are jointly and severally ordered to pay immediately to Petitioner Writers Guild of America, West, Inc. on behalf of Steve Latshaw damages in the amount of Eleven Thousand Dollars ($11,000).

6. Respondents American Black Beauty, LLC and Steve Austin are jointly and severally ordered to pay immediately to Petitioner Writers Guild of America, West, Inc. their share of the Arbitrator's fees in the amount of One Thousand Five Hundred Seventy Eight and 95/100 Dollars ($1,578.95).

7.  Respondents American Black Beauty, LLC and Steve Austin are jointly and severally ordered to pay immediately to Petitioner Writers Guild of America, West, Inc. attorney's fees in the amount of One Thousand Five Hundred Dollars ($1,500.00) and costs in the amount of Three Hundred Fifty Dollars ($350.00).

Dated: 12/16/09

United States District Judge